IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KANDI CLINE                                                                PLAINTIFF

VS.                          3:09CV00197 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                    DEFENDANT

## ORDER

Plaintiff has moved to dismiss this case as prematurely filed. (Docket entry #8) Defendant promptly responded that he did not object to the granting of Plaintiff's Motion. There appear no other reason that this case should not be dismissed.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (docket entry #8) is GRANTED.

DATED this 23rd day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE